UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED GRAVES,<br><br>                Petitioner,<br><br>    v.<br><br>SAN BERNARDINO SUPERIOR COURT, et al.,<br><br>                Respondents. | ) Case No. EDCV 15-1856 CJC(JC)<br>)<br>) ORDER ACCEPTING FINDINGS,<br>) CONCLUSIONS, AND<br>) RECOMMENDATIONS OF<br>) UNITED STATES MAGISTRATE<br>) JUDGE<br>)<br>)<br>)<br>)<br>) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition") and accompanying documents, the submissions in connection with the Motion to Dismiss the Petition ("Motion to Dismiss"), and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and accepts the findings, conclusions,

///

1 and recommendations of the United States Magistrate Judge and overrules the
2 Objections.  Assuming, as petitioner suggests, that he remains subject to parole in
3 the 1974 case such that he is in constructive "custody" thereon and the Court has
4 subject matter jurisdiction to consider his challenges to the judgment in such case,
5 his claims are nonetheless time-barred for the reasons explained in the Report and
6 Recommendation.  Nothing in the Objections persuades the Court to conclude
7 otherwise.

    IT IS HEREBY ORDERED that the Motion to Dismiss is granted and the Petition is dismissed.

    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on petitioner and counsel for respondents.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: August 3, 2016

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE