JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FRED GRAVES,

               Petitioner,

      v.

SAN BERNARDINO SUPERIOR
COURT, et al.,

               Respondents.

_____

Case No. EDCV 15-1856 CJC(JC)

JUDGMENT

     Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is dismissed.

     DATED: August 3, 2016

_____

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE